# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-1138**                                                             **September Term, 2013**

FERC-RP04-274-000
FERC-RP04-274-006
FERC-RP04-274-020
FERC-RP04-274-023
FERC-RP04-274-15
FERC-RP10-1406-000
FERC-RP11-1499-000
RP04-274-000

**Filed On:** April 22, 2014

Aera Energy LLC, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Calpine Energy Services, L.P., et al.,
    Intervenors

------------------------------

Consolidated with 13-1303

**BEFORE:** Griffith and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the parties' joint proposed briefing format, it is

**ORDERED** that the following briefing format and schedule apply in these consolidated cases:

| | |
|---|---|
| Joint Brief for Petitioners and Supporting Intervenors in No. 13-1138 (not to exceed 10,000 words) | 06/27/14 |
| Brief for Petitioner in No. 13-1303 (not to exceed 10,000 words) | 06/27/14 |
| Brief for Respondent (not to exceed 18,000 words) | 08/28/14 |

# United States Court of Appeals
**For The District of Columbia Circuit**

_____

| | |
|---|---|
| **No. 13-1138** | **September Term, 2013** |

| | |
|---|---|
| Joint Brief for Intervenors Supporting Respondent in No. 13-1303 (not to exceed 4,000 words) | 09/11/14 |
| Joint Brief for Intervenors Supporting Respondent in No. 13-1138 (not to exceed 4,000 words) | 09/11/14 |
| Joint Reply Brief for Petitioners and Supporting Intervenors in No. 13-1138 (not to exceed 5,000 words) | 10/02/14 |
| Reply Brief for Petitioner in No. 13-1303 (not to exceed 5,000 words) | 10/02/14 |
| Deferred Appendix | 10/16/14 |
| Final Briefs | 10/30/14 |

The parties will be notified by separate order of the oral argument date and the composition of the merits panel. The court reminds the parties that

> In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . . When the appellant's or petitioner's standing is not apparent from the administrative record, the brief must include arguments and evidence establishing the claim of standing.

See D.C. Cir. Rule 28(a)(7).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**